DR:AVR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | REMOVAL TO THE NORTHERN DISTRICT OF GEORGIA |
| - against - | |
| MAURICE SCURRY, | (Fed. R. Crim. P. 5) |
| Defendant. | Case No. 26-MJ-67 |

- - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

Daniel Panissidi, being duly sworn, deposes and states that he is a Deputy Marshal with the United States Marshals Service, duly appointed according to law and acting as such.

On or about February 19, 2026, the United States District Court for the Northern District of Georgia issued a warrant for the arrest of the defendant MAURICE SCURRY for violating the terms of his supervised release ("VOSR") in U.S. v. Scurry, 24 CR 0055 (NDGA).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.    On or about February 19, 2026, the United States Probation Department for the Northern District of Georgia issued a VOSR charging the defendant MAURICE SCURRY with violating the terms of his supervised release in the case of U.S. v. Scurry, 24 CR 0055 (NDGA).  A true and correct copy of the Violation Report is attached as Exhibit 1.[2]

---

[1]    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

[2]    The Violation Report was filed under seal in U.S. v. Scurry, 24 CR 0055 (N.D.

2

2.      On or about February 19, 2026, the United States District Court for the Northern District of Georgia issued a warrant (the "Warrant") for the arrest of the defendant MAURICE SCURRY in connection with the VOSR.   A true and correct copy of the Warrant is attached as Exhibit 2.

3.      On or about April 3, 2026, the defendant MAURICE SCURRY was arrested by the New York City Police Department.   The defendant MAURICE SCURRY was arraigned on April 4, 2026, in Kings County Criminal Court and released on his own recognizance, but then held at Rikers Island pursuant to the Warrant until April 7, 2026, when the United States Marshals Service took him into custody.

4.      On April 7, 2026, the defendant MAURICE SCURRY confirmed to law enforcement agents his name, which matches the name of the MAURICE SCURRY wanted in the Northern District of Georgia, as well as his date of birth and social security number, which also match the date of birth and social security number of the MAURICE SCURRY wanted in the Northern District of Georgia.   Law enforcement agents also compared the physical appearance of the defendant MAURICE SCURRY to a photograph of MAURICE SCURRY wanted in the Northern District of Georgia and he appeared consistent with the person depicted in this photograph.   Law enforcement agents fingerprinted the defendant MAURICE SCURRY and his fingerprints were consistent with fingerprints taken from the MAURICE SCURRY wanted in the Northern District of Georgia.

---

Ga.).   I have been informed by an Assistant United States Attorney that the government is in the process of requesting that the district court in the Northern District of Georgia unseal the Violation Report.   I respectfully request that the Court accept Exhibit 1 under seal until it is unsealed by the district court in the Northern District of Georgia.

3

5.    Based on the forgoing, I submit there is probable cause to believe that the defendant is the MAURICE SCURRY wanted in the Northern District of Georgia.

WHEREFORE, your deponent respectfully requests that the defendant MAURICE SCURRY be removed to the Northern District of Georgia so that he may be dealt with according to law.

Daniel Panissidi
Deputy Marshal, United States Marshals Service

Sworn to before me this
7TH day of April, 2026

E

# Exhibit 1

ND/GA PROB 12C
(Rev. 1/21)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**FEB 20 2026**

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### Violation Report and Petition for Warrant
### for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Maurice Scurry | Docket No: | 1:24-CR-0055-MHC-1- |

**UNDER SEAL**

**ATTEST : A TRUE COPY
CERTIFIED THIS**

| | |
|---|---|
| Name of Sentencing Judicial Officer: | Honorable Mark H. Cohen <br> U.S. District Judge |

**FEB 20 2026**

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| Date of Original Sentence: | 09/04/2024 |

| | |
|---|---|
| Original Offense: | Count Two: Burglary, 18 U.S.C. § 2115 and Count Three: Theft of U.S. Mail, 18 U.S.C. § 1708 |

| | |
|---|---|
| Original Sentence: | On September 4, 2024, Mr. Scurry was sentenced by the Honorable Mark H. Cohen, United States District Judge, Northern District of Georgia, Atlanta Division, to thirty (30) months custody of the United States Bureau of Prisons, three years of supervised release, $350.00 in restitution, and a $200.00 special assessment fee. Special conditions: You must 1) participate in a mental health treatment program and follow the rules and regulations of that program. Such program may require that you submit to an evaluation and/or testing; 2) take all mental health medication prescribed by your treatment provider. You must pay for all or part of the costs of medication based on your ability to pay unless excused by the probation officer; 3) submit your person, property, house, residence, vehicle, papers, computers, other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer; 4) permit confiscation and/or disposal of any material considered to be contraband or any other item which may be deemed to have evidentiary value of violations of supervision; 5) participate in an alcohol and/or other substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). |

You must pay all or part of the costs of the program based on your ability to pay unless excused by the probation officer; 6) submit to substance abuse testing to determine if you have used a prohibited substance. You must not obstruct, attempt to obstruct, or tamper with any testing methods. You must pay all or part of the costs of testing based on your ability to pay unless excused by the probation officer; 7) not use or possess any controlled substances without a valid prescription. If you have a valid prescription, you must disclose the prescription information to the probation officer and follow the instructions on the prescription; and 8) not use or possess alcohol.

| Type of Supervision: | Supervised Release | Date Supervision Commenced: | 01/13/2026 |
| --- | --- | --- | --- |
| Assistant U.S. Attorney: | TBD | Defense Attorney: | TBD |

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The offender has violated the conditions of supervision as follows:

1. **Violation of Mandatory Condition – Commission of Another Federal, State or Local Crime:**

   a. On or about February 4, 2026, Mr. Scurry was arrested by the DeKalb County Police Department, for battery (misdemeanor). The arrest report has been requested but not received as of this writing. He was released from the DeKalb County Jail on February 6, 2026, after posting a $1,300.00 surety bond.

2. **Violation of Standard Condition – Knowingly Leaving the Federal Judicial District Without Permission from the Court or Probation Officer:**

   a. On February 9, 2026, Mr. Scurry contacted this officer to report his arrest that occurred on or about February 4, 2026, for battery. He reported being homeless because of the events that led to his arrest. This officer instructed him to report to the probation office on February 10, 2026. It should be noted; Mr. Scurry contacted this officer from a New York phone number, which later was found to be his girlfriend's phone number who lives in New York. On February 10, 2026, Mr. Scurry failed to report as instructed. On February 11, 2026, this officer received a phone call from Mr. Scurry's girlfriend, and she advised Mr. Scurry had been in New York since February 10, 2026, and was under the impression he had permission to be in New York. Mr. Scurry's girlfriend was instructed to get in contact with him and have him contact this officer as soon as possible. As of this writing, this officer has yet to be contacted by Mr. Scurry.

3. **Violation of Standard Condition – Failure to Report to the Probation Officer as Instructed:**

   a. On February 9, 2026, Mr. Scurry contacted this officer to report his arrest that occurred on or about February 4, 2026. He was instructed to report to the probation office on February 10, 2026, which he agreed to do. On February 10, 2026, Mr. Scurry failed to report to the probation office as instructed.

4. **Violation of Mandatory Condition – Unlawful Use of a Controlled Substance:**

    a. On January 15, 2026, Mr. Scurry submitted a urine sample that tested positive for marijuana. He admitted to using marijuana while in the Bureau of Prisons prior to his release from custody on January 13, 2026.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

None.

**PETITIONING THE COURT TO:**

Issue a Warrant for Maurice Scurry and that he be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same shall remain sealed until the warrant is executed or until further order of this Court.

I declare under penalty of perjury that
the foregoing is true and correct.

| | | |
|---|---|---|
| _Eric D. Fields_    2/17/2026 | _F. White_ | 2/19/2026 |
| Eric D. Fields      Date | Felicia White | Date |
| United States Probation Officer | Supervisory U.S. Probation Officer | |

**THE COURT ORDERS:**

☑ The issuance of a Warrant

☐ No Action

☐ Other

_Mark H. Cohen_
_____
Honorable Mark H. Cohen
U.S. District Judge

February 19, 2026
_____
Date

# Exhibit 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | FID:11619905 |
| | ) | USMS:89597-510 |
| vs. | ) | |
| | ) | |
| Maurice Scurry | ) | Docket No.: 1:24-CR-0055-MHC-1- |
| | ) | UNDER SEAL |

**COPY**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Maurice Scurry

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

New arrest for battery (misdemeanor), leaving the district without permission, failing to report as instructed, and the use of marijuana.

Date:  2/19/2026

_____
Issuing officer's signature

City and state:  Atlanta, Georgia

MARK H. COHEN
*Printed name*

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| **DATE RECEIVED** | **NAME/TITLE OF ARRESTING OFFICER** | **SIGNATURE OF ARRESTING OFFICER** |
| **DATE OF ARREST** | | |